IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRELL L. JACKSON,

    Plaintiff,

v.        CASE NO. 5:11-cv-414-RS-GRJ

H. FROMM,

    Defendant.

_____/

## O R D E R

This case is before the Court on Doc. 12, Plaintiff's Motion For Entry of a Default. Plaintiff seeks the entry of a clerk's default against Defendant H. Fromm. In support of his request, Plaintiff contends the Defendant's response to his complaint is overdue. Plaintiff is incorrect. Defendant was served on April 3, 2012 and timely filed a motion to dismiss on June 4, 2012. (Doc. 12.)  Plaintiff's motion, therefore, is moot.

Accordingly, upon due consideration, it is **ORDERED**:

Plaintiff's Motion For Entry of a Default (Doc. 12) is **DENIED AS MOOT.**

**DONE AND ORDERED** this 6th day of June, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge