IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRELL L. MOORE,
DARRELL L. JACKSON,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-414-MW/GRJ

H. FROMM,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S OBJECTION

The Court has considered, without hearing, the Plaintiff's Objection to Magistrate's Objection, ECF No. 30, filed February 14, 2013. The Court **DENIES** the Plaintiff's Objection and **UPHOLDS** the Order of Magistrate Gary R. Jones, ECF No. 29, filed February 7, 2013.

SO ORDERED on February 22, 2013.

                                                  s/Mark E. Walker
                                                  United States District Judge